UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

21-CV-0204 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 11, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to comply with the December 15, 2020 order in *Komatsu v. City of New York*, ECF 1:20-CV-7046, 45 (S.D.N.Y. Dec. 15, 2020).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 11, 2021
          New York, New York

                                            COLLEEN McMAHON
                                       Chief United States District Judge